**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 05-cv-01590-LTB-OES

HAROLD BAKER,

       Plaintiff,

v.

ASPEN DIVERSIFIED INDUSTRIES, INC.,

       Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 24 - filed September 26, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that the First Claim for Relief, Race Discrimination, is **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                      BY THE COURT:

                        s/Lewis T. Babcock
                      Lewis T. Babcock, Chief Judge

DATED: September 27, 2006