IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 05-cv-01590-LTB-OES

HAROLD BAKER,

      Plaintiff,

v.

ASPEN DIVERSIFIED INDUSTRIES, INC.,

      Defendant.

_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 28 - filed October 12, 2006), and the Court being fully advised in the premises, it is therefore

ORDERED that the remaining Claims for Relief, Wrongful Termination in Violation of Public Policy; Breach of Contract; and Promissory Estoppel, are **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Chief Judge

DATED: October 16, 2006